## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**       \*
                                   \*
**V.**                             \*       **CASE NO.  4:19CR00170 SWW-01**
                                   \*
**KYLE JAMES SALAMONE**            \*

### ORDER

On February 2, 2023, Defendant Kyle James Salamone appeared with his appointed attorney, Johnson D. Ogles, for hearing on the Government's motion to revoke his supervised release. *Doc. 50.*  The Government was represented by Assistant United States Attorney Benecia B. Moore.

Defendant Salamone admitted some allegations in the violation memorandum, that he twice tested positive for illegal substances, but he denied that he had committed another federal, state, or local crime (felony assault), which would constitute a Grade A violation. Accordingly, the Court received evidence and testimony relevant to the contested violation.

For reasons stated on the record at the conclusion of the hearing, the Court found that the Government failed to meet its burden to show, by a preponderance of the evidence, that Defendant Salamone committed conduct constituting a Grade A violation. Based on Defendant Salamone's admission that he tested positive for drug use, the Court found that he had violated the conditions of his release without just

cause and found him responsible for a Grade C violation. In addition, the Court found that Defendant Salamone is entitled to 346 days of credit for time served.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant Kyle James Salamone is **REVOKED**, and the Government's motion (*Doc. 50*) is GRANTED as provided in this order.

IT IS FURTHER ORDRED that Defendant shall serve a term of imprisonment of **EIGHT (8) MONTHS** in the custody of the Bureau of Prisons,[1] with **no supervised release to follow**.

DATED this 24th day of February, 2023.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Because Defendant Salamone is entitled to 346 days credit for time served, which exceeds the sentence imposed, the Court directed the United States Marshal to release Defendant Salamone from custody. *Doc. 62.*